**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br>(Jointly Administered) |
| BRADLEY E. SCHER, solely in his capacity as Litigation Trustee for Mesabi SC Litigation Trust,<br><br>                              Plaintiff,<br><br>      v.<br><br>ESSAR GLOBAL FUND LIMITED; ESSAR PROJECTS LIMITED; ESSAR PROJECTS USA, LLC; ESSAR PROJECTS (INDIA) LIMITED; ESSAR PROJECT MANAGEMENT COMPANY LIMITED; ESSAR CONSTRUCTIONS LIMITED; ESSAR PROJECTS MIDDLE EAST FZE; ESSAR ENGINEERING SERVICES LIMITED; GLOBAL SUPPLIES FZE; ESSAR LOGISTICS LIMITED; DOES 1-500,<br><br>                              Defendants. | Adv. Proc. No. 17-50001 (BLS) |

**CERTIFICATE OF SERVICE**

I, Timothy P. Cairns, hereby certify that on the 13th day of August, 2018, I caused a copy of the following document to be served on the individuals on the attached service list, in the manner indicated thereon:

*SECOND AMENDED COMPLAINT AND SUBSTANTIVE AND NON-SUBSTANTIVE OBJECTIONS TO CLAIM NOS. 179-186*

                              */s/ Timothy P. Cairns*
                              Timothy P. Cairns (No. 4228)

---

[1] Essar Steel Minnesota LLC is doing business as Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

DOCS_DE:220339.2 56774/001

Mesabi SC Litigation Trust vs Essar Adversary Proceeding Service List
Case No.  17-50001 (BLS)
Document No. 220338 v2
07—First Class Mail
12—Email

**tlauria@whitecase.com**
(Counsel to Brad Scher, Mesabi SC Litigation Trustee)
White & Case LLP
Thomas E Lauria
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352

**gkurtz@whitecase.com**
(Counsel to Brad Scher, Mesabi SC Litigation Trustee)
White & Case LLP
Glenn M. Kurtz
1155 Avenue of the Americas
New York, New York 10036-2787

**caverch@whitecase.com**
**rgorsich@whitecase.com**
**doah.kim@whitecase.com**
(Counsel to Brad Scher, Mesabi SC Litigation Trustee)
White & Case LLP
Craig H. Averch
Ronald K. Gorsich
Doah Kim
555 South Flower Street, Suite 2700
Los Angeles, California 90071-2433

**gfmcdaniel@dkhogan.com**
**dkhogan@dkhogan.com**
(Counsel to Kevin Nystrom, UC Litigation Trustee)
Hogan McDaniel
Garvan F. McDaniel
Daniel K. Hogan
1311 Delaware Avenue
Wilmington, Delaware 19806

**aglenn@kasowitz.com**
**stountas@kasowitz.com**
**rnovick@kasowitz.com**
(Counsel to Kevin Nystrom, UC Litigation Trustee)
Kasowitz Benson Torres LLP
Andrew K. Glenn
Stephen W. Tountas
Robert M. Novick
1633 Broadway
New York, New York 10019

**mmervis@proskauer.com**
(Counsel to Essar Affiliates)
Michael T. Mervis
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

**khill@svglaw.com**
(Local Counsel to Essar Affiliates)
R. Karl Hill
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
P O Box 68
Wilmington DE 19899