# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered) |
| BRADLEY E. SCHER, solely in his capacity as Litigation Trustee for SC Mesabi Litigation Trust,<br><br>Plaintiff<br><br>v.<br><br>ESSAR GLOBAL FUND LIMITED; ESSAR PROJECTS LIMITED;<br>ESSAR PROJECTS USA, LLC;<br>ESSAR PROJECTS (INDIA) LIMITED;<br>ESSAR PROJECT MANAGEMENT COMPANY LIMITED; ESSAR CONSTRUCTIONS LIMITED;<br>ESSAR PROJECTS MIDDLE EAST FZE;<br>ESSAR ENGINEERING SERVICES LIMITED; GLOBAL SUPPLIES FZE;<br>ESSAR LOGISTICS LIMITED; DOES 1-500<br><br>Defendants. | Adv. Proc. No. 17-50001 (BLS)<br><br>Re: Adv. Proc. D.I. 69, 111 |

**ORDER GRANTING IN PART AND DENYING IN PART, ESSAR GLOBAL FUND LIMITED, ESSAR PROJECT MANAGEMENT COMPANY LIMITED AND ESSAR CONSTRUCTIONS LIMITED'S PARTIAL MOTION TO DISMISS**

---

[1] Essar Steel Minnesota LLC is doing business as Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

AMERICAS 99994278

Upon consideration of the motion filed by Essar Global Fund Limited, Essar Projects Management Company Limited, and Essar Constructions Limited, to dismiss certain counts alleged in the Complaint [Adv. Proc. D.I. 69] (the "**Motion**"),[2] and this Court having reviewed the record before it; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of Motion was appropriate and no further notice need be provided; and this Court having determined that just cause exists for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted in part and denied in part.

2. The Motion is denied with respect to the Complaint's First, Second, Third, and Fourth Claims for Relief.

3. Plaintiff's Fifth and Sixth Claims for Relief are dismissed with leave to replead. Plaintiff shall have thirty (30) days from the date of entry of this order to replead the Fifth and Sixth Claims for Relief.

4. Plaintiff's Twentieth Claim for Relief is dismissed in its entirety, without leave to replead.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

5.  This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

Dated: June 5, 2019
Wilmington, Delaware

_____
HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

3