# **EXHIBIT A**

**Exhibit A-1**

**Essar Constructions Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Check - American Bank | 07/08/10 | 241,000.00 |
| Check - American Bank | 08/10/10 | 157,000.00 |
| Check - American Bank | 09/01/10 | 385,000.00 |
| Check - American Bank | 09/13/10 | 400,000.00 |
| Check - American Bank | 09/28/10 | 1,871,000.00 |
| Check - American Bank | 09/28/10 | 309,000.00 |
| Check - American Bank | 10/08/10 | 1,700,000.00 |
| LC Payment | 10/08/10 | 5,000,000.00 |
| LC Payment | 02/04/11 | 5,000,000.00 |
| LC Payment | 03/15/11 | 3,500,000.00 |
| Direct Payment - Bank of India NY Branch | 05/16/11 | 120,025.00 |
| LC Payment | 08/01/11 | 5,000,000.00 |
| LC Payment | 08/31/11 | 5,000,000.00 |
| LC Payment | 12/01/11 | 3,800,000.00 |
| LC Payment | 12/01/11 | 2,508,900.00 |
| LC Payment | 12/01/11 | 2,000,000.00 |
| Bank Statement - Bank of India NY Branch | 12/19/11 | 400,025.00 |
| Bank Statement - Bank of India NY Branch | 01/05/12 | 350,025.00 |
| Bank Statement - Bank of India NY Branch | 01/10/12 | 400,025.00 |
| Bank Statement - Bank of India NY Branch | 01/12/12 | 50,025.00 |
| Bank Statement - Bank of India NY Branch | 02/01/12 | 500,025.00 |
| LC Payment | 02/02/12 | 3,200,000.00 |
| LC Payment | 02/09/12 | 6,000,000.00 |
| LC Payment | 03/13/12 | 1,000,000.00 |
| LC Payment | 03/13/12 | 1,000,000.00 |
| LC Payment | 03/31/12 | 5,000,000.00 |
| LC Payment | 03/31/12 | 3,500,000.00 |
| LC Payment | 03/31/12 | 3,000,000.00 |
| Check - American Bank | 04/06/12 | 40,948.35 |
| LC Payment | 04/10/12 | 1,100,000.00 |
| LC Payment | 04/11/12 | 2,000,000.00 |
| LC Payment | 05/18/12 | 4,000,000.00 |
| LC Payment | 05/18/12 | 4,000,000.00 |
| LC Payment | 06/05/12 | 1,213,902.58 |
| LC Payment | 06/20/12 | 5,300,000.00 |
| LC Payment | 07/17/12 | 765,495.00 |
| Bank Statement - Bank of India NY Branch | 07/30/12 | 1,000,025.00 |
| Bank Statement - ICICI Bank of New York | 08/13/12 | 2,000,000.00 |
| Bank Statement - ICICI Bank of New York | 08/14/12 | 1,700,000.00 |
| Bank Statement - ICICI Bank of New York | 08/17/12 | 1,200,000.00 |
| Bank Statement - ICICI Bank of New York | 09/07/12 | 500,000.00 |

**Exhibit A-1**

**Essar Constructions Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Bank Statement - ICICI Bank of New York | 09/18/12 | 100,000.00 |
| Bank of India - NY Branch | 10/03/12 | 350,025.00 |
| Bank of India - NY Branch | 10/05/12 | 650,025.00 |
| LC Payment | 10/12/12 | 8,200,000.00 |
| Bank Statement - ICICI Bank of New York | 11/01/12 | 4,300,000.00 |
| Bank Statement - ICICI Bank of New York | 11/19/12 | 7,500,000.00 |
| Bank of India - NY Branch | 12/05/12 | 500,025.00 |
| Bank Statement - ICICI Bank of New York | 12/05/12 | 3,500,000.00 |
| Bank Statement - ICICI Bank of New York | 12/13/12 | 350,000.00 |
| LC Payment | 01/02/13 | 12,300,000.00 |
| Bank Statement - ICICI Bank of New York | 01/24/13 | 150,000.00 |
| Bank Statement - ICICI Bank of New York | 02/05/13 | 500,000.00 |
| Bank Statement - ICICI Bank of New York | 02/19/13 | 400,000.00 |
| Bank Statement - ICICI Bank of New York | 02/22/13 | 400,000.00 |
| Bank of India - NY Branch | 02/28/13 | 3,500,025.00 |
| Loan Payback Adjustment | 02/28/13 | (4,350,000.00) |
| Bank of India - NY Branch | 03/19/13 | 1,600,025.00 |
| Bank of India - NY Branch | 03/29/13 | 24,035.27 |
| Bank Statement - ICICI Bank of New York | 06/06/13 | 3,200,000.00 |
| Bank Statement - ICICI Bank of New York | 08/12/13 | 800,000.00 |
| Bank Statement - ICICI Bank of New York | 08/22/13 | 2,491,305.92 |
| Bank Statement - ICICI Bank of New York | 09/13/13 | 3,428,909.00 |
| Bank Statement - ICICI Bank of New York | 10/10/13 | 120,000.00 |
| Bank Statement - ICICI Bank of New York | 10/25/13 | 1,758,004.32 |
| Bank Statement - ICICI Bank of New York | 11/06/13 | 239,834.00 |
| Bank Statement - ICICI Bank of New York | 11/06/13 | 799,147.50 |
| Bank Statement - ICICI Bank of New York | 11/06/13 | 1,194,630.03 |
| Bank Statement - ICICI Bank of New York | 11/14/13 | 274,591.66 |
| Bank Statement - ICICI Bank of New York | 11/25/13 | 429,964.00 |
| Bank Statement - ICICI Bank of New York | 12/23/13 | 110,042.74 |
| Check - American Bank | 12/23/13 | 110,000.00 |
| Bank Statement - ICICI Bank of New York | 03/25/14 | 4,512,259.92 |
| Third Party Payment - IMS | 04/02/14 | 1,200,000.00 |
| Third Party Payment - First American Title | 04/02/14 | 2,065,467.36 |
| Third Party Payment - Dayton Superior | 04/09/14 | 426,043.30 |
| Refund | 04/11/14 | (1,188,440.00) |
| Third Party Payment IMS | 04/14/14 | 1,100,000.00 |
| Third Party Payment - Ambassador Steel | 04/23/14 | 449,627.44 |
| Third Party Payment - First American Title | 05/09/14 | 48,584.07 |
| Third Party Payment - Hammerlund | 06/13/14 | 310,000.00 |
| Third Party Payment - First American Title | 06/16/14 | 1,590,000.00 |

**Exhibit A-1**

**Essar Constructions Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---:|
| Bank Statement - ICICI Bank of New York | 06/25/14 | 63,018.07 |
| LC Payment | 08/21/14 | 269,709.00 |
| Third Party Payment - Parsons Electric | 10/03/14 | 2,260.08 |
| Third Party Payment - Hoover Construction | 10/03/14 | 226,626.48 |
| Third Party Payment - Northern Industrial | 10/03/14 | 560,130.20 |
| Third Party Payment - Rice Lake Construction | 10/03/14 | 97,195.23 |
| Bank Statement - Wells Fargo | 10/08/14 | 675,000.00 |
| Bank Statement - Wells Fargo | 11/26/14 | 240,905.38 |
| Bank Statement - Wells Fargo | 04/23/15 | 95,105.84 |
| Bank Statement - Wells Fargo | 04/23/15 | 673,313.14 |
| Bank Statement - Wells Fargo | 10/02/15 | 2,000,000.00 |
| Bank Statement - Wells Fargo | 10/06/15 | 3,000,000.00 |
| Bank Statement - Wells Fargo | 10/21/15 | 8,000,000.00 |
| Bank Statement - Wells Fargo | 11/05/15 | 6,750,000.00 |
| Bank Statement - Wells Fargo | 11/10/15 | 250,000.00 |
| Bank Statement - Wells Fargo | 11/24/15 | 250,000.00 |
| Bank Statement - Wells Fargo | 12/01/15 | 6,000,000.00 |
| Bank Statement - Wells Fargo | 12/11/15 | 300,000.00 |
| Bank Statement - Wells Fargo | 12/18/15 | 250,000.00 |
| Bank Statement - Wells Fargo | 01/05/16 | 250,000.00 |
| Bank Statement - Wells Fargo | 02/16/16 | 11,273.67 |

|  | **TOTAL** | **181,621,089.55** |

**Exhibit A-2**

**Essar Project Management Company Ltd.**

| Transaction Type | Transaction Date | Amount |
| --- | --- | --- |
| Check - American Bank | 07/14/10 | 25,000.00 |
| Check - American Bank | 08/26/10 | 25,000.00 |
| Check - American Bank | 09/28/10 | 90,000.00 |
| Check - American Bank | 10/08/10 | 50,040.00 |
| Check - American Bank | 10/28/10 | 75,020.00 |
| Check - American Bank | 11/11/10 | 40,020.00 |
| Check - American Bank | 11/23/10 | 64,020.00 |
| Check - American Bank | 12/09/10 | 75,020.00 |
| Check - American Bank | 12/30/10 | 50,025.00 |
| Check - American Bank | 01/12/11 | 30,025.00 |
| Check - American Bank | 01/27/11 | 75,025.00 |
| Check - American Bank | 02/15/11 | 65,025.00 |
| Check - American Bank | 02/23/11 | 50,025.00 |
| Check - American Bank | 03/02/11 | 5,000.00 |
| Check - American Bank | 03/08/11 | 70,000.00 |
| Check - American Bank | 03/30/11 | 65,025.00 |
| Check - American Bank | 04/14/11 | 60,025.00 |
| Check - American Bank | 04/22/11 | 65,025.00 |
| Check - American Bank | 05/12/11 | 60,025.00 |
| Wire - Bank of India NY Branch | 05/25/11 | 130,025.00 |
| Wire - Bank of India NY Branch | 06/10/11 | 75,025.00 |
| Wire - Bank of India NY Branch | 06/24/11 | 60,025.00 |
| Wire - Bank of India NY Branch | 07/11/11 | 71,025.00 |
| Wire - Bank of India NY Branch | 07/28/11 | 60,025.00 |
| Wire - Bank of India NY Branch | 08/10/11 | 65,025.00 |
| Wire - Bank of India NY Branch | 08/26/11 | 55,025.00 |
| Wire - Bank of India NY Branch | 09/12/11 | 60,025.00 |
| Wire - Bank of India NY Branch | 09/26/11 | 65,025.00 |
| Wire - Bank of India NY Branch | 10/12/11 | 60,025.00 |
| Check - American Bank | 10/18/11 | 80,000.00 |
| Wire - Bank of India NY Branch | 11/07/11 | 73,025.00 |
| Wire - Bank of India NY Branch | 11/22/11 | 87,025.00 |
| Wire - Bank of India NY Branch | 12/06/11 | 60,025.00 |
| Wire - Bank of India NY Branch | 12/20/11 | 66,025.00 |
| Wire - Bank of India NY Branch | 01/05/12 | 50,025.00 |
| Wire - Bank of India NY Branch | 01/24/12 | 54,025.00 |
| Wire - Bank of India NY Branch | 02/02/12 | 107,025.00 |
| Wire - Bank of India NY Branch | 02/23/12 | 55,025.00 |
| Wire - Bank of India NY Branch | 03/07/12 | 51,025.00 |
| Wire - Bank of India NY Branch | 03/22/12 | 73,025.00 |
| Wire - Bank of India NY Branch | 04/04/12 | 82,025.00 |
| Wire - Bank of India NY Branch | 04/18/12 | 60,025.00 |

**Exhibit A-2**

**Essar Project Management Company Ltd.**

| Transaction Type | Transaction Date | Amount |
|---|---|---:|
| Wire - Bank of India NY Branch | 06/12/12 | 75,025.00 |
| Wire - Bank of India NY Branch | 06/27/12 | 75,025.00 |
| Wire - Bank of India NY Branch | 07/10/12 | 72,025.00 |
| Wire - Bank of India NY Branch | 07/24/12 | 60,025.00 |
| Wire - Bank of India NY Branch | 08/08/12 | 70,025.00 |
| Wire - Bank of India NY Branch | 08/22/12 | 75,025.00 |
| Wire - Bank of India NY Branch | 09/06/12 | 80,025.00 |
| Wire - Bank of India NY Branch | 09/18/12 | 55,025.00 |
| Wire - Bank of India NY Branch | 02/06/13 | 50,025.00 |
| Wire - ICICI Bank of New York | 10/09/13 | 50,000.00 |
| Wire - Wells Fargo | 10/15/14 | 23,598.41 |
| Wire - Wells Fargo | 04/24/15 | 420,000.00 |

**TOTAL**     **3,744,718.41**

**Exhibit A-3**

**Essar Projects (India) Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Direct Payment - Bank of India NY Branch | 08/31/11 | 15,000,025.00 |
| Direct Payment - Bank of India NY Branch | 03/29/12 | 15,065,338.00 |
| Suppliers Credit | 3/31/2012 | 591,967.00 |
| Suppliers Credit | 3/31/2012 | 789,283.00 |
| Suppliers Credit | 3/31/2012 | 5,854,800.00 |
| Suppliers Credit | 3/31/2012 | 240,818.00 |
| Suppliers Credit | 3/31/2012 | 284,538.00 |
| Suppliers Credit | 3/31/2012 | 7,657,692.50 |
| Suppliers Credit | 3/31/2012 | 7,285,819.20 |
| Suppliers Credit | 3/31/2012 | 7,614,025.45 |
| Suppliers Credit | 3/31/2012 | 3,123,186.00 |
| Suppliers Credit | 5/31/2012 | 100,300.00 |
| Suppliers Credit | 5/31/2012 | 7,030,367.00 |
| Suppliers Credit | 5/31/2012 | 224,400.00 |
| Suppliers Credit | 5/31/2012 | 10,582,386.95 |
| Suppliers Credit | 6/7/2012 | 6,027,671.30 |
| Suppliers Credit | 11/30/2012 | 7,755,190.90 |
| Suppliers Credit | 6/3/2013 | 237,852.00 |
| Suppliers Credit | 6/3/2013 | 14,673.00 |
| Suppliers Credit | 6/3/2013 | 186,516.00 |
| Suppliers Credit | 6/3/2013 | 313,650.00 |
| Suppliers Credit | 6/3/2013 | 1,267,533.00 |
| Suppliers Credit | 7/5/2013 | 138,550.00 |
| Suppliers Credit | 8/23/2013 | 215,900.00 |
| Suppliers Credit | 8/23/2013 | 666,876.00 |
| Suppliers Credit | 8/23/2013 | 1,435,467.00 |
| Suppliers Credit | 8/30/2013 | 705,500.00 |
| Direct Payment - ICICI Bank of New York | 9/5/2013 | 300,000.00 |
| Direct Payment - ICICI Bank of New York | 9/27/2013 | 910,454.60 |
| Direct Payment - ICICI Bank of New York | 9/27/2013 | 600,000.00 |
| Direct Payment - ICICI Bank of New York | 11/8/2013 | 350,000.00 |
| Direct Payment - ICICI Bank of New York | 12/11/2013 | 340,000.00 |
| Suppliers Credit | 12/31/2013 | 3,616,144.00 |
| Suppliers Credit | 12/31/2013 | 1,943,950.00 |
| Suppliers Credit | 12/31/2013 | 3,786,835.00 |
| Suppliers Credit | 12/31/2013 | 6,941,151.00 |
| Suppliers Credit | 12/31/2013 | 276,015.00 |
| Suppliers Credit | 12/31/2013 | 290,333.00 |
| Suppliers Credit | 12/31/2013 | 23,934.00 |
| Suppliers Credit | 12/31/2013 | 55,250.00 |
| Suppliers Credit | 12/31/2013 | 525,415.00 |
| Suppliers Credit | 12/31/2013 | 228,650.00 |

**Exhibit A-3**

**Essar Projects (India) Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Suppliers Credit | 12/31/2013 | 740,387.00 |
| Suppliers Credit | 12/31/2013 | 3,411,380.00 |
| Suppliers Credit | 12/31/2013 | 246,500.00 |
| Suppliers Credit | 12/31/2013 | 1,978,555.00 |
| Suppliers Credit | 12/31/2013 | 1,660,386.00 |
| Suppliers Credit | 12/31/2013 | 112,048.00 |
| Suppliers Credit | 12/31/2013 | 533,460.00 |
| Suppliers Credit | 12/31/2013 | 5,440,000.00 |
| Suppliers Credit | 12/31/2013 | 5,488,227.30 |
| Suppliers Credit | 12/31/2013 | 2,375,393.85 |
| Suppliers Credit | 1/1/2014 | 8,976,249.00 |
| Check - American Bank | 1/6/2014 | 200,000.00 |
| Direct Payment - ICICI Bank of New York | 3/24/2014 | 1,598,387.00 |
| Direct Payment - ICICI Bank of New York | 3/24/2014 | 1,556,425.48 |
| Suppliers Credit | 3/31/2014 | 64,600.00 |
| Suppliers Credit | 3/31/2014 | 61,200.00 |
| Suppliers Credit | 3/31/2014 | 11,050.00 |
| Suppliers Credit | 3/31/2014 | 162,054.00 |
| Suppliers Credit | 3/31/2014 | 118,150.00 |
| Suppliers Credit | 3/31/2014 | 183,183.00 |
| Suppliers Credit | 3/31/2014 | 84,825.00 |
| Suppliers Credit | 3/31/2014 | 5,682.00 |
| Suppliers Credit | 3/31/2014 | 94,350.00 |
| Suppliers Credit | 3/31/2014 | 46,030.00 |
| Suppliers Credit | 3/31/2014 | 129,585.00 |
| Suppliers Credit | 3/31/2014 | 182,504.00 |
| Suppliers Credit | 3/31/2014 | 88,975.00 |
| Suppliers Credit | 3/31/2014 | 156,998.00 |
| Suppliers Credit | 3/31/2014 | 91,502.00 |
| Suppliers Credit | 3/31/2014 | 18,238.00 |
| Suppliers Credit | 3/31/2014 | 10,601.20 |
| Suppliers Credit | 3/31/2014 | 156,998.00 |
| Suppliers Credit | 3/31/2014 | 266,900.00 |
| Suppliers Credit | 3/31/2014 | 25,348.00 |
| Suppliers Credit | 3/31/2014 | 56,073.00 |
| Suppliers Credit | 3/31/2014 | 238,584.00 |
| Suppliers Credit | 3/31/2014 | 5,559.00 |
| Suppliers Credit | 3/31/2014 | 9,660.25 |
| Suppliers Credit | 3/31/2014 | 26,428.20 |
| Suppliers Credit | 3/31/2014 | 53,519.00 |
| Suppliers Credit | 3/31/2014 | 1,430,119.00 |
| Suppliers Credit | 3/31/2014 | 451,538.00 |

**Exhibit A-3**

**Essar Projects (India) Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Suppliers Credit | 3/31/2014 | 1,063,104.35 |
| Suppliers Credit | 3/31/2014 | 15,590.00 |
| Suppliers Credit | 6/9/2014 | 73,791.05 |
| Suppliers Credit | 6/11/2014 | 455,679.77 |
| Suppliers Credit | 6/25/2014 | 1,090,233.00 |
| Suppliers Credit | 6/25/2014 | 960,039.00 |
| Suppliers Credit | 6/25/2014 | 708,182.00 |
| Suppliers Credit | 6/25/2014 | 195,500.00 |
| Suppliers Credit | 6/30/2014 | 1,758,857.01 |
| Suppliers Credit | 7/1/2014 | 255,831.20 |
| Suppliers Credit | 7/22/2014 | 1,135,961.25 |
| Suppliers Credit | 7/22/2014 | 365,607.00 |
| Suppliers Credit | 7/22/2014 | 365,607.00 |
| Suppliers Credit | 7/22/2014 | 113,002.00 |
| Suppliers Credit | 7/22/2014 | 266,455.00 |
| Suppliers Credit | 7/22/2014 | 496,388.00 |
| Suppliers Credit | 7/22/2014 | 787,954.00 |
| Suppliers Credit | 7/22/2014 | 745,261.79 |
| Suppliers Credit | 8/5/2014 | 5,022,819.00 |
| Suppliers Credit | 8/5/2014 | 270,641.00 |
| Direct Payment - ICICI Bank of New York | 8/28/2014 | 1,407,030.24 |
| Suppliers Credit | 9/3/2014 | 36,525.00 |
| Direct Payment - ICICI Bank of New York | 9/19/2014 | 761,910.27 |
| Direct Payment - ICICI Bank of New York | 9/30/2014 | 1,686,441.28 |
| Direct Payment - Wells Fargo | 10/10/2014 | 475,000.00 |
| Direct Payment - Wells Fargo | 10/20/2014 | 5,000,000.00 |
| Direct Payment - Wells Fargo | 10/22/2014 | 2,000,000.00 |
| Direct Payment - Wells Fargo | 11/3/2014 | 2,292,000.00 |
| Direct Payment - Wells Fargo | 11/21/2014 | 165,000.06 |
| Direct Payment - Wells Fargo | 11/21/2014 | 3,500,000.00 |
| Direct Payment - Wells Fargo | 12/1/2014 | 488,000.00 |
| Direct Payment - Wells Fargo | 12/1/2014 | 3,300,000.00 |
| Direct Payment - Wells Fargo | 12/30/2014 | 446,000.00 |
| Direct Payment - Wells Fargo | 1/30/2015 | 2,100,000.00 |
| Direct Payment - Wells Fargo | 2/3/2015 | 96,207.60 |
| Direct Payment - Wells Fargo | 3/2/2015 | 421,636.59 |
| Direct Payment - Wells Fargo | 3/31/2015 | 474,287.68 |
| Direct Payment - Wells Fargo | 4/29/2015 | 455,550.00 |
| Direct Payment - Wells Fargo | 5/7/2015 | 1,742,490.00 |
| Direct Payment - Wells Fargo | 6/2/2015 | 458,267.00 |
| Direct Payment - Wells Fargo | 7/2/2015 | 443,205.00 |
| Direct Payment - Wells Fargo | 8/3/2015 | 455,100.00 |

**Exhibit A-3**

**Essar Projects (India) Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Direct Payment - Wells Fargo | 8/3/2015 | 1,713,406.03 |
| Direct Payment - Wells Fargo | 9/1/2015 | 436,645.00 |
| Direct Payment - Wells Fargo | 10/13/2015 | 428,721.74 |
| Direct Payment - Wells Fargo | 12/3/2015 | 60,010.00 |
| | **TOTAL** | **206,136,046.09** |

**Exhibit A-4**

**Essar Projects (USA) LLC**

| Transition Type | Transaction Date | Amount |
|---|---|---:|
| Direct Payment - ICICI Bank of New York | 10/25/13 | 11,465.56 |
| Direct Payment - American Bank | 04/17/14 | 154,425.00 |
| Direct Payment - ICICI Bank of New York | 05/16/14 | 200,000.00 |
| Direct Payment - American Bank | 05/28/14 | 145,000.00 |
| Direct Payment - Wells Fargo | 10/03/14 | 26,007.00 |
| Direct Payment - Wells Fargo | 12/16/14 | 1,645,600.00 |
| Direct Payment - Wells Fargo | 12/30/14 | 689,106.00 |
| Direct Payment - Wells Fargo | 12/30/14 | 730,628.67 |
| Direct Payment - Wells Fargo | 01/15/15 | 206,688.08 |
| Direct Payment - Wells Fargo | 02/23/15 | 366,639.45 |
| Direct Payment - Wells Fargo | 03/31/15 | 364,358.70 |
| Direct Payment - Wells Fargo | 04/23/15 | 463,490.36 |
| Direct Payment - Wells Fargo | 05/08/15 | 1,500,000.00 |
| Direct Payment - Wells Fargo | 05/14/15 | 3,000,000.00 |
| Direct Payment - Wells Fargo | 05/20/15 | 3,000,000.00 |
| Direct Payment - Wells Fargo | 05/27/15 | 7,446,208.46 |
| Direct Payment - Wells Fargo | 06/09/15 | 8,600,000.00 |
| Direct Payment - Wells Fargo | 06/23/15 | 6,400,000.00 |
| Direct Payment - Wells Fargo | 06/24/15 | 227,500.00 |
| Direct Payment - Wells Fargo | 07/08/15 | 3,200,000.00 |
| Direct Payment - Wells Fargo | 07/10/15 | 5,000,000.00 |
| Direct Payment - Wells Fargo | 09/23/15 | 1,000,000.00 |
| Direct Payment - Wells Fargo | 01/08/16 | 1,000,000.00 |
| Direct Payment - Wells Fargo | 01/19/16 | 350,000.00 |
| Direct Payment - Wells Fargo | 02/02/16 | 700,000.00 |
| Direct Payment - Wells Fargo | 02/04/16 | 400,000.00 |
| Direct Payment - Wells Fargo | 02/08/16 | 33,133.08 |
| Direct Payment - Wells Fargo | 02/16/16 | 168,464.30 |
| Direct Payment - Wells Fargo | 02/26/16 | 200,000.00 |
| Direct Payment - Wells Fargo | 03/15/16 | 134,000.00 |
| Direct Payment - Wells Fargo | 03/29/16 | 134,000.00 |
| Direct Payment - Wells Fargo | 04/12/16 | 162,000.00 |
| Direct Payment - Wells Fargo | 04/27/16 | 134,000.00 |
| Direct Payment - Wells Fargo | 05/10/16 | 134,000.00 |
| Direct Payment - Wells Fargo | 05/24/16 | 134,000.00 |
| Direct Payment - Wells Fargo | 06/07/16 | 134,000.00 |
| Direct Payment - Wells Fargo | 06/22/16 | 134,000.00 |
| Direct Payment - Wells Fargo | 07/06/16 | 85,000.00 |

**TOTAL**    **48,413,714.66**

**Exhibit A-5**

**Essar Projects Limited**

| Bank | Transaction Date | Amount |
|---|---|---|
| Direct Payment - Bank of India - NY Branch | 09/18/12 | 20,000,025.00 |
| Direct Payment - Bank of India - NY Branch | 09/25/12 | 15,000,025.00 |
| Direct Payment - Bank of India - NY Branch | 09/28/12 | 225,025.00 |
| Direct Payment - Bank of India - NY Branch | 10/09/12 | 9,500,000.00 |
| Direct Payment - Bank of India - NY Branch | 10/12/12 | 180,025.00 |
| Direct Payment - Bank of India - NY Branch | 10/19/12 | 15,000,025.00 |
| Direct Payment - Bank of India - NY Branch | 10/22/12 | 180,025.00 |
| Direct Payment - Bank of India - NY Branch | 11/08/12 | 220,025.00 |
| Direct Payment - Bank of India - NY Branch | 11/16/12 | 9,500,025.00 |
| Direct Payment - Bank of India - NY Branch | 11/19/12 | 195,025.00 |
| Direct Payment - Bank of India - NY Branch | 11/20/12 | 3,000,025.00 |
| Direct Payment - Bank of India - NY Branch | 11/28/12 | 2,000,025.00 |
| Direct Payment - Bank of India - NY Branch | 12/10/12 | 195,025.00 |
| Direct Payment - Bank of India - NY Branch | 12/19/12 | 195,025.00 |
| Direct Payment - Bank of India - NY Branch | 01/03/13 | 195,025.00 |
| Direct Payment - Bank of India - NY Branch | 01/16/13 | 208,025.00 |
| Direct Payment - Bank of India - NY Branch | 01/30/13 | 208,025.00 |
| Direct Payment - Bank of India - NY Branch | 02/14/13 | 208,025.00 |
| Direct Payment - Bank of India - NY Branch | 02/28/13 | 208,025.00 |
| Direct Payment - Bank of India - NY Branch | 03/18/13 | 208,025.00 |
| Direct Payment - Bank of India - NY Branch | 03/29/13 | 208,025.00 |
| Direct Payment - Bank of India - NY Branch | 04/12/13 | 208,025.00 |
| Direct Payment - Bank of India - NY Branch | 04/18/13 | 27,480.78 |
| Direct Payment - Bank of India - NY Branch | 04/29/13 | 255,025.00 |
| Direct Payment - Bank of India - NY Branch | 05/08/13 | 28,000,025.00 |
| Direct Payment - Bank of India - NY Branch | 05/13/13 | 225,025.00 |
| Direct Payment - Bank of India - NY Branch | 05/17/13 | 370,025.00 |
| Direct Payment - ICICI Bank of New York | 05/31/13 | 409,500.00 |
| Direct Payment - ICICI Bank of New York | 06/07/13 | 221,000.00 |
| Direct Payment - ICICI Bank of New York | 06/27/13 | 208,000.00 |
| Direct Payment - ICICI Bank of New York | 07/10/13 | 208,000.00 |
| Direct Payment - ICICI Bank of New York | 08/12/13 | 390,000.00 |
| Direct Payment - ICICI Bank of New York | 08/20/13 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 08/22/13 | 211,301.00 |
| Direct Payment - ICICI Bank of New York | 09/03/13 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 09/16/13 | 50,000.00 |
| Direct Payment - ICICI Bank of New York | 09/18/13 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 10/07/13 | 48,657.33 |
| Direct Payment - ICICI Bank of New York | 10/07/13 | 124,527.82 |
| Direct Payment - ICICI Bank of New York | 10/10/13 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 10/10/13 | 1,500,000.00 |
| Direct Payment - ICICI Bank of New York | 10/16/13 | 195,000.00 |

**Page 1 of 4**

**Exhibit A-5**

**Essar Projects Limited**

| Bank | Transaction Date | Amount |
|---|---|---|
| Direct Payment - ICICI Bank of New York | 10/21/13 | 3,000,000.00 |
| Direct Payment - ICICI Bank of New York | 10/29/13 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 11/14/13 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 11/19/13 | 575,729.54 |
| Direct Payment - ICICI Bank of New York | 11/25/13 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 11/25/13 | 1,100,000.00 |
| Direct Payment - ICICI Bank of New York | 12/09/13 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 12/19/13 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 02/03/14 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 02/06/14 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 02/14/14 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 03/13/14 | 60,175.00 |
| Direct Payment - ICICI Bank of New York | 03/19/14 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 03/28/14 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 04/23/14 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 04/30/14 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 06/02/14 | 385,000.00 |
| Direct Payment - ICICI Bank of New York | 06/12/14 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 06/25/14 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 07/09/14 | 639,716.23 |
| Direct Payment - ICICI Bank of New York | 07/09/14 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 07/18/14 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 08/06/14 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 08/18/14 | 1,265,503.54 |
| Direct Payment - ICICI Bank of New York | 08/21/14 | 24,491,488.00 |
| Direct Payment - ICICI Bank of New York | 08/28/14 | 38,375,000.00 |
| Direct Payment - ICICI Bank of New York | 08/29/14 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 08/29/14 | 7,000,000.00 |
| Direct Payment - ICICI Bank of New York | 08/29/14 | 7,500,000.00 |
| Direct Payment - ICICI Bank of New York | 08/29/14 | 12,312,072.81 |
| Direct Payment - ICICI Bank of New York | 09/05/14 | 3,499,900.59 |
| Direct Payment - ICICI Bank of New York | 09/15/14 | 126,750.00 |
| Direct Payment - ICICI Bank of New York | 09/17/14 | 4,818,006.25 |
| Direct Payment - ICICI Bank of New York | 09/17/14 | 25,000,000.00 |
| Direct Payment - ICICI Bank of New York | 09/18/14 | 5,000,000.00 |
| Direct Payment - ICICI Bank of New York | 09/18/14 | 44,000,000.00 |
| Direct Payment - ICICI Bank of New York | 09/22/14 | 3,000,000.00 |
| Direct Payment - ICICI Bank of New York | 09/23/14 | 2,638,702.90 |
| Direct Payment - ICICI Bank of New York | 09/23/14 | 15,100,000.00 |
| Direct Payment - ICICI Bank of New York | 09/23/14 | 22,243,441.86 |
| Direct Payment - ICICI Bank of New York | 09/23/14 | 31,358,024.00 |
| Direct Payment - ICICI Bank of New York | 09/30/14 | 35,000.00 |

**Exhibit A-5**

**Essar Projects Limited**

| Bank | Transaction Date | Amount |
|---|---|---|
| Direct Payment - ICICI Bank of New York | 09/30/14 | 160,000.00 |
| Direct Payment - Wells Fargo | 10/03/14 | 688,355.91 |
| Direct Payment - Wells Fargo | 10/08/14 | 1,350,000.00 |
| Direct Payment - Wells Fargo | 10/08/14 | 3,750,000.00 |
| Direct Payment - Wells Fargo | 10/10/14 | 195,000.00 |
| Direct Payment - Wells Fargo | 10/14/14 | 2,400,000.00 |
| Direct Payment - Wells Fargo | 10/17/14 | 983,611.00 |
| Direct Payment - Wells Fargo | 10/17/14 | 2,181,667.88 |
| Direct Payment - Wells Fargo | 10/28/14 | 195,000.00 |
| Direct Payment - Wells Fargo | 11/10/14 | 195,000.00 |
| Direct Payment - Wells Fargo | 11/10/14 | 700,000.00 |
| Direct Payment - Wells Fargo | 11/12/14 | 2,388,750.00 |
| Direct Payment - Wells Fargo | 11/21/14 | 195,000.00 |
| Direct Payment - Wells Fargo | 11/21/14 | 2,500,000.00 |
| Direct Payment - Wells Fargo | 12/05/14 | 227,500.00 |
| Direct Payment - Wells Fargo | 12/10/14 | 1,611,248.96 |
| Direct Payment - Wells Fargo | 12/10/14 | 2,196,633.17 |
| Direct Payment - Wells Fargo | 12/16/14 | 1,144,000.00 |
| Direct Payment - Wells Fargo | 12/16/14 | 1,397,500.00 |
| Direct Payment - Wells Fargo | 12/19/14 | 227,500.00 |
| Direct Payment - Wells Fargo | 01/05/15 | 79,638.38 |
| Direct Payment - Wells Fargo | 01/05/15 | 227,500.00 |
| Direct Payment - Wells Fargo | 01/15/15 | 4,479,294.41 |
| Direct Payment - Wells Fargo | 01/20/15 | 227,500.00 |
| Direct Payment - Wells Fargo | 01/21/15 | 6,600,686.93 |
| Direct Payment - Wells Fargo | 01/29/15 | 227,500.00 |
| Direct Payment - Wells Fargo | 01/30/15 | 546,264.00 |
| Direct Payment - Wells Fargo | 02/13/15 | 227,500.00 |
| Direct Payment - Wells Fargo | 02/17/15 | 4,121,881.97 |
| Direct Payment - Wells Fargo | 02/23/15 | 334,148.29 |
| Direct Payment - Wells Fargo | 02/26/15 | 215,000.00 |
| Direct Payment - Wells Fargo | 02/26/15 | 14,579,434.00 |
| Direct Payment - Wells Fargo | 02/27/15 | 15,000,000.00 |
| Direct Payment - Wells Fargo | 03/02/15 | 227,500.00 |
| Direct Payment - Wells Fargo | 03/02/15 | 1,579,673.79 |
| Direct Payment - Wells Fargo | 03/02/15 | 4,519,176.35 |
| Direct Payment - Wells Fargo | 03/02/15 | 5,905,244.99 |
| Direct Payment - Wells Fargo | 03/12/15 | 4,146,754.24 |
| Direct Payment - Wells Fargo | 03/12/15 | 5,073,647.98 |
| Direct Payment - Wells Fargo | 03/12/15 | 5,115,686.99 |
| Direct Payment - Wells Fargo | 03/16/15 | 14,881,731.60 |
| Direct Payment - Wells Fargo | 03/18/15 | 8,000,000.00 |

**Exhibit A-5**

**Essar Projects Limited**

| Bank | Transaction Date | Amount |
|---|---|---|
| Direct Payment - Wells Fargo | 03/23/15 | 227,500.00 |
| Direct Payment - Wells Fargo | 03/23/15 | 2,228,686.20 |
| Direct Payment - Wells Fargo | 03/27/15 | 9,986,454.99 |
| Direct Payment - Wells Fargo | 03/31/15 | 307,500.00 |
| Direct Payment - Wells Fargo | 04/01/15 | 769,177.50 |
| Direct Payment - Wells Fargo | 04/02/15 | 12,001,563.00 |
| Direct Payment - Wells Fargo | 04/06/15 | 7,000,000.00 |
| Direct Payment - Wells Fargo | 04/07/15 | 3,744,919.18 |
| Direct Payment - Wells Fargo | 04/08/15 | 2,210,000.00 |
| Direct Payment - Wells Fargo | 04/14/15 | 227,500.00 |
| Direct Payment - Wells Fargo | 04/14/15 | 1,005,646.11 |
| Direct Payment - Wells Fargo | 04/23/15 | 227,500.00 |
| Direct Payment - Wells Fargo | 04/23/15 | 1,623,296.38 |
| Direct Payment - Wells Fargo | 05/01/15 | 3,062,500.00 |
| Direct Payment - Wells Fargo | 05/12/15 | 227,500.00 |
| Direct Payment - Wells Fargo | 05/27/15 | 1,950,975.00 |
| Direct Payment - Wells Fargo | 06/02/15 | 6,503,250.00 |
| Direct Payment - Wells Fargo | 07/17/15 | 6,000,000.00 |
| Direct Payment - Wells Fargo | 07/22/15 | 5,000,000.00 |
| Direct Payment - Wells Fargo | 07/22/15 | 1,000,000.00 |
| Direct Payment - Wells Fargo | 08/04/15 | 8,554,703.75 |
| Direct Payment - Wells Fargo | 08/05/15 | 3,087,500.00 |
| Direct Payment - Wells Fargo | 08/10/15 | 2,227,500.00 |
| Direct Payment - Wells Fargo | 08/11/15 | 1,000,000.00 |
| Direct Payment - Wells Fargo | 08/18/15 | 669,771.20 |
| Direct Payment - Wells Fargo | 08/18/15 | 800,000.00 |
| Direct Payment - Wells Fargo | 08/18/15 | 1,453,174.34 |
| Direct Payment - Wells Fargo | 08/21/15 | 2,000,000.00 |
| Direct Payment - Wells Fargo | 08/26/15 | 4,000,000.00 |
| Direct Payment - Wells Fargo | 09/01/15 | 10,000,000.00 |
| Direct Payment - Wells Fargo | 09/15/15 | 1,200,000.00 |
| Direct Payment - Wells Fargo | 09/15/15 | 3,800,000.00 |
| Direct Payment - Wells Fargo | 12/08/15 | 1,500,000.00 |

**TOTAL** **593,898,751.14**

**Exhibit A-6**

**Essar Steel Algoma Inc.**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Adjustments/Payments on Misc. Invoices | 11/29/12 | 500,000.00 |
| Direct Payment - ICICI Bank of New York | 11/06/13 | 204,072.84 |
| Direct Payment - ICICI Bank of New York | 08/28/14 | 233,461.51 |
| Direct Payment - Wells Fargo | 10/15/14 | 375,000.00 |
| Direct Payment - Wells Fargo | 10/08/14 | 617,597.04 |
| Direct Payment - Wells Fargo | 06/01/15 | 754,326.62 |

          **TOTAL**    **2,684,458.01**

**Exhibit A-7**

**Essar Logistics Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---:|
| Direct Payment - Bank of India - NY Branch | 10/12/11 | 75,025.00 |
| Direct Payment - Bank of India - NY Branch | 11/15/11 | 77,586.97 |
| Direct Payment - Bank of India - NY Branch | 11/30/11 | 150,000.00 |
| Direct Payment - Bank of India - NY Branch | 02/01/12 | 729,495.80 |
| Direct Payment - Bank of India - NY Branch | 02/08/12 | 16,017.99 |
| Direct Payment - Bank of India - NY Branch | 02/14/12 | 696,452.00 |
| Direct Payment - Bank of India - NY Branch | 02/27/12 | 9,951.00 |
| Direct Payment - Bank of India - NY Branch | 04/05/12 | 562,671.16 |
| Suppliers Credit Adjustment | 05/01/12 | 933,016.50 |
| Adjustment | 05/18/12 | 687,359.00 |
| Direct Payment - Bank of India - NY Branch | 11/13/12 | 641,771.00 |
| ABN | 12/28/12 | 3,044,527.00 |
| LC | 12/28/12 | 455,473.00 |
| Direct Payment - Bank of India - NY Branch | 05/20/13 | 150,025.00 |
| Capital Expenditure | 12/28/12 | 51,674.00 |
| Direct Payment - ICICI Bank of New York | 7/3/2013 | 33,200.00 |

**TOTAL   8,314,245.42**

**Exhibit A-8**

**Global Supplies**

| Transaction Type | Transaction Date | Amount |
|---|---|---:|
| Wire - Bank of India - NY Branch | 12/30/10 | 15,000,025.00 |
| Wire - Bank of India - NY Branch | 01/05/11 | 17,500,025.00 |
| Wire - ICICI Bank of New York | 03/10/11 | 552,304.00 |
| Wire - ICICI Bank of New York | 03/10/11 | 2,500,000.00 |
| Wire - ICICI Bank of New York | 05/04/11 | 100,000.00 |
| Adjustment - Refund | 01/05/11 | (15,000,000.00) |
| Wire - ICICI Bank of New York | 01/06/11 | 12,500,000.00 |
| Union Bank of India LOC | 03/16/11 | 7,554,348.00 |
| Syndicate LOC | 01/10/12 | 2,500,000.00 |
| Capital Equipment LOC | 03/01/12 | 2,000,000.00 |
| ICICI Bank LOC | 04/13/12 | 11,000,000.00 |
| Novation | 03/31/12 | 1,797,690.11 |
| Novation | 03/31/12 | 840,644.30 |
| Novation | 03/31/12 | 250,726.19 |
| Novation | 03/31/12 | 9,379.52 |
| Novation | 03/31/12 | 93,000.00 |
| Novation | 03/31/12 | 98,500.00 |
| Novation | 03/31/12 | 61,000.00 |
| Novation | 03/31/12 | 50,000.00 |
| Novation | 03/31/12 | 78,000.00 |
| Novation | 03/31/12 | 1,464,317.27 |
| Novation | 03/31/12 | 325,200.98 |
| Novation | 03/31/12 | 12,165.58 |
| Novation | 03/31/12 | 100,241.78 |
| Novation | 03/31/12 | 1,585,456.00 |
| Novation | 03/31/12 | 1,500,000.00 |
| Novation | 03/31/12 | 1,670,832.00 |
| Novation | 03/31/12 | 813,788.00 |
| Novation | 03/31/12 | 771,628.00 |
| Novation | 03/31/12 | 314,100.00 |
| Novation | 03/31/12 | 813,788.00 |
| Novation | 03/31/12 | 771,628.00 |
| Wire - ICICI Bank of New York | 12/13/12 | 1,000,000.00 |
| Wire - ICICI Bank of New York | 12/19/12 | 1,000,000.00 |
| Capital Equipment LOC | 12/31/12 | (2,063,318.00) |
| Wire - Bank of India - NY Branch | 02/27/13 | 1,027,180.00 |
| Wire - ICICI Bank of New York | 10/07/13 | 852,578.00 |

TOTAL    71,445,227.73

**Exhibit A-9**

**Trinity Coal Corporation**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Wire - Bank of India - NY Branch | 03/16/12 | 5,000,025.00 |
| Wire - Bank of India - NY Branch | 11/27/12 | 500,025.00 |
| | **TOTAL** | **5,500,050.00** |