# **EXHIBIT B**

**Exhibit B-1**

**Essar Construction Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---:|
| LC Payment | 08/21/14 | 269,709.00 |
| Third Party Payment - Parsons Electric | 10/03/14 | 2,260.08 |
| Third Party Payment - Hoover Construction | 10/03/14 | 226,626.48 |
| Third Party Payment - Northern Industrial | 10/03/14 | 560,130.20 |
| Third Party Payment - Rice Lake Construction | 10/03/14 | 97,195.23 |
| Direct Payment - Wells Fargo | 10/08/14 | 675,000.00 |
| Direct Payment - Wells Fargo | 11/26/14 | 240,905.38 |
| Direct Payment - Wells Fargo | 04/23/15 | 95,105.84 |
| Direct Payment - Wells Fargo | 04/23/15 | 673,313.14 |
| Direct Payment - Wells Fargo | 10/02/15 | 2,000,000.00 |
| Direct Payment - Wells Fargo | 10/06/15 | 3,000,000.00 |
| Direct Payment - Wells Fargo | 10/21/15 | 8,000,000.00 |
| Direct Payment - Wells Fargo | 11/05/15 | 6,750,000.00 |
| Direct Payment - Wells Fargo | 11/10/15 | 250,000.00 |
| Direct Payment - Wells Fargo | 11/24/15 | 250,000.00 |
| Direct Payment - Wells Fargo | 12/01/15 | 6,000,000.00 |
| Direct Payment - Wells Fargo | 12/11/15 | 300,000.00 |
| Direct Payment - Wells Fargo | 12/18/15 | 250,000.00 |
| Direct Payment - Wells Fargo | 01/05/16 | 250,000.00 |
| Direct Payment - Wells Fargo | 02/16/16 | 11,273.67 |

**TOTAL    29,901,519.02**

**Exhibit B-2**

**Essar Project Management Company Ltd.**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Wire - Wells Fargo | 10/15/2014 | 23,598.41 |
| Wire - Wells Fargo | 4/24/2015 | 420,000.00 |

|  | **TOTAL** | **443,598.41** |
|---|---|---|

**Exhibit B-3**

**Essar Projects (India) Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Suppliers Credit | 7/22/2014 | 1,135,961.25 |
| Suppliers Credit | 7/22/2014 | 365,607.00 |
| Suppliers Credit | 7/22/2014 | 365,607.00 |
| Suppliers Credit | 7/22/2014 | 113,002.00 |
| Suppliers Credit | 7/22/2014 | 266,455.00 |
| Suppliers Credit | 7/22/2014 | 496,388.00 |
| Suppliers Credit | 7/22/2014 | 787,954.00 |
| Suppliers Credit | 7/22/2014 | 745,261.79 |
| Suppliers Credit | 8/5/2014 | 5,022,819.00 |
| Suppliers Credit | 8/5/2014 | 270,641.00 |
| Suppliers Credit | 9/3/2014 | 36,525.00 |
| Direct Payment - ICICI Bank of New York | 8/28/2014 | 1,407,030.24 |
| Direct Payment - ICICI Bank of New York | 9/19/2014 | 761,910.27 |
| Direct Payment - ICICI Bank of New York | 9/30/2014 | 1,686,441.28 |
| Direct Payment - Wells Fargo | 10/10/2014 | 475,000.00 |
| Direct Payment - Wells Fargo | 10/20/2014 | 5,000,000.00 |
| Direct Payment - Wells Fargo | 10/22/2014 | 2,000,000.00 |
| Direct Payment - Wells Fargo | 11/3/2014 | 2,292,000.00 |
| Direct Payment - Wells Fargo | 11/21/2014 | 165,000.06 |
| Direct Payment - Wells Fargo | 11/21/2014 | 3,500,000.00 |
| Direct Payment - Wells Fargo | 12/1/2014 | 488,000.00 |
| Direct Payment - Wells Fargo | 12/1/2014 | 3,300,000.00 |
| Direct Payment - Wells Fargo | 12/30/2014 | 446,000.00 |
| Direct Payment - Wells Fargo | 1/30/2015 | 2,100,000.00 |
| Direct Payment - Wells Fargo | 2/3/2015 | 96,207.60 |
| Direct Payment - Wells Fargo | 3/2/2015 | 421,636.59 |
| Direct Payment - Wells Fargo | 3/31/2015 | 474,287.68 |
| Direct Payment - Wells Fargo | 4/29/2015 | 455,550.00 |
| Direct Payment - Wells Fargo | 5/7/2015 | 1,742,490.00 |
| Direct Payment - Wells Fargo | 6/2/2015 | 458,267.00 |
| Direct Payment - Wells Fargo | 7/2/2015 | 443,205.00 |
| Direct Payment - Wells Fargo | 8/3/2015 | 455,100.00 |
| Direct Payment - Wells Fargo | 8/3/2015 | 1,713,406.03 |
| Direct Payment - Wells Fargo | 9/1/2015 | 436,645.00 |
| Direct Payment - Wells Fargo | 10/13/2015 | 428,721.74 |
| Direct Payment - Wells Fargo | 12/3/2015 | 60,010.00 |

|  | **TOTAL** | **40,413,129.53** |

**Exhibit B-4**

**Essar Projects (USA) LLC**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Direct Payment - Wells Fargo | 10/3/2014 | 26,007.00 |
| Direct Payment - Wells Fargo | 12/16/2014 | 1,645,600.00 |
| Direct Payment - Wells Fargo | 12/30/2014 | 689,106.00 |
| Direct Payment - Wells Fargo | 12/30/2014 | 730,628.67 |
| Direct Payment - Wells Fargo | 1/15/2015 | 206,688.08 |
| Direct Payment - Wells Fargo | 2/23/2015 | 366,639.45 |
| Direct Payment - Wells Fargo | 3/31/2015 | 364,358.70 |
| Direct Payment - Wells Fargo | 4/23/2015 | 463,490.36 |
| Direct Payment - Wells Fargo | 5/8/2015 | 1,500,000.00 |
| Direct Payment - Wells Fargo | 5/14/2015 | 3,000,000.00 |
| Direct Payment - Wells Fargo | 5/20/2015 | 3,000,000.00 |
| Direct Payment - Wells Fargo | 5/27/2015 | 7,446,208.46 |
| Direct Payment - Wells Fargo | 6/9/2015 | 8,600,000.00 |
| Direct Payment - Wells Fargo | 6/23/2015 | 6,400,000.00 |
| Direct Payment - Wells Fargo | 6/24/2015 | 227,500.00 |
| Direct Payment - Wells Fargo | 7/8/2015 | 3,200,000.00 |
| Direct Payment - Wells Fargo | 7/10/2015 | 5,000,000.00 |
| Direct Payment - Wells Fargo | 9/23/2015 | 1,000,000.00 |
| Direct Payment - Wells Fargo | 1/8/2016 | 1,000,000.00 |
| Direct Payment - Wells Fargo | 1/19/2016 | 350,000.00 |
| Direct Payment - Wells Fargo | 2/2/2016 | 700,000.00 |
| Direct Payment - Wells Fargo | 2/4/2016 | 400,000.00 |
| Direct Payment - Wells Fargo | 2/8/2016 | 33,133.08 |
| Direct Payment - Wells Fargo | 2/16/2016 | 168,464.30 |
| Direct Payment - Wells Fargo | 2/26/2016 | 200,000.00 |
| Direct Payment - Wells Fargo | 3/15/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 3/29/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 4/12/2016 | 162,000.00 |
| Direct Payment - Wells Fargo | 4/27/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 5/10/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 5/24/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 6/7/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 6/22/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 7/6/2016 | 85,000.00 |

**TOTAL**     47,902,824.10

**Exhibit B-5**

**Essar Projects Limited**

| Transaction Type | Transaction Date | Amount |
| --- | --- | --- |
| Direct Payment - ICICI Bank of New York | 7/9/2014 | 639,716.23 |
| Direct Payment - ICICI Bank of New York | 7/9/2014 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 7/18/2014 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 8/6/2014 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 8/18/2014 | 1,265,503.54 |
| Direct Payment - ICICI Bank of New York | 8/21/2014 | 24,491,488.00 |
| Direct Payment - ICICI Bank of New York | 8/28/2014 | 38,375,000.00 |
| Direct Payment - ICICI Bank of New York | 8/29/2014 | 195,000.00 |
| Direct Payment - ICICI Bank of New York | 8/29/2014 | 7,000,000.00 |
| Direct Payment - ICICI Bank of New York | 8/29/2014 | 7,500,000.00 |
| Direct Payment - ICICI Bank of New York | 8/29/2014 | 12,312,072.81 |
| Direct Payment - ICICI Bank of New York | 9/5/2014 | 3,499,900.59 |
| Direct Payment - ICICI Bank of New York | 9/15/2014 | 126,750.00 |
| Direct Payment - ICICI Bank of New York | 9/17/2014 | 4,818,006.25 |
| Direct Payment - ICICI Bank of New York | 9/17/2014 | 25,000,000.00 |
| Direct Payment - ICICI Bank of New York | 9/18/2014 | 5,000,000.00 |
| Direct Payment - ICICI Bank of New York | 9/18/2014 | 44,000,000.00 |
| Direct Payment - ICICI Bank of New York | 9/22/2014 | 3,000,000.00 |
| Direct Payment - ICICI Bank of New York | 9/23/2014 | 2,638,702.90 |
| Direct Payment - ICICI Bank of New York | 9/23/2014 | 15,100,000.00 |
| Direct Payment - ICICI Bank of New York | 9/23/2014 | 22,243,441.86 |
| Direct Payment - ICICI Bank of New York | 9/23/2014 | 31,358,024.00 |
| Direct Payment - ICICI Bank of New York | 9/30/2014 | 35,000.00 |
| Direct Payment - ICICI Bank of New York | 9/30/2014 | 160,000.00 |
| Direct Payment - Wells Fargo | 10/3/2014 | 688,355.91 |
| Direct Payment - Wells Fargo | 10/8/2014 | 1,350,000.00 |
| Direct Payment - Wells Fargo | 10/8/2014 | 3,750,000.00 |
| Direct Payment - Wells Fargo | 10/10/2014 | 195,000.00 |
| Direct Payment - Wells Fargo | 10/14/2014 | 2,400,000.00 |
| Direct Payment - Wells Fargo | 10/17/2014 | 983,611.00 |
| Direct Payment - Wells Fargo | 10/17/2014 | 2,181,667.88 |
| Direct Payment - Wells Fargo | 10/28/2014 | 195,000.00 |
| Direct Payment - Wells Fargo | 11/10/2014 | 195,000.00 |
| Direct Payment - Wells Fargo | 11/10/2014 | 700,000.00 |
| Direct Payment - Wells Fargo | 11/12/2014 | 2,388,750.00 |
| Direct Payment - Wells Fargo | 11/21/2014 | 195,000.00 |
| Direct Payment - Wells Fargo | 11/21/2014 | 2,500,000.00 |
| Direct Payment - Wells Fargo | 12/5/2014 | 227,500.00 |
| Direct Payment - Wells Fargo | 12/10/2014 | 1,611,248.96 |
| Direct Payment - Wells Fargo | 12/10/2014 | 2,196,633.17 |
| Direct Payment - Wells Fargo | 12/16/2014 | 1,144,000.00 |
| Direct Payment - Wells Fargo | 12/16/2014 | 1,397,500.00 |

**Exhibit B-5**

**Essar Projects Limited**

| Transaction Type | Transaction Date | Amount |
| --- | --- | --- |
| Direct Payment - Wells Fargo | 12/19/2014 | 227,500.00 |
| Direct Payment - Wells Fargo | 1/5/2015 | 79,638.38 |
| Direct Payment - Wells Fargo | 1/5/2015 | 227,500.00 |
| Direct Payment - Wells Fargo | 1/15/2015 | 4,479,294.41 |
| Direct Payment - Wells Fargo | 1/20/2015 | 227,500.00 |
| Direct Payment - Wells Fargo | 1/21/2015 | 6,600,686.93 |
| Direct Payment - Wells Fargo | 1/29/2015 | 227,500.00 |
| Direct Payment - Wells Fargo | 1/30/2015 | 546,264.00 |
| Direct Payment - Wells Fargo | 2/13/2015 | 227,500.00 |
| Direct Payment - Wells Fargo | 2/17/2015 | 4,121,881.97 |
| Direct Payment - Wells Fargo | 2/23/2015 | 334,148.29 |
| Direct Payment - Wells Fargo | 2/26/2015 | 215,000.00 |
| Direct Payment - Wells Fargo | 2/26/2015 | 14,579,434.00 |
| Direct Payment - Wells Fargo | 2/27/2015 | 15,000,000.00 |
| Direct Payment - Wells Fargo | 3/2/2015 | 227,500.00 |
| Direct Payment - Wells Fargo | 3/2/2015 | 1,579,673.79 |
| Direct Payment - Wells Fargo | 3/2/2015 | 4,519,176.35 |
| Direct Payment - Wells Fargo | 3/2/2015 | 5,905,244.99 |
| Direct Payment - Wells Fargo | 3/12/2015 | 4,146,754.24 |
| Direct Payment - Wells Fargo | 3/12/2015 | 5,073,647.98 |
| Direct Payment - Wells Fargo | 3/12/2015 | 5,115,686.99 |
| Direct Payment - Wells Fargo | 3/16/2015 | 14,881,731.60 |
| Direct Payment - Wells Fargo | 3/18/2015 | 8,000,000.00 |
| Direct Payment - Wells Fargo | 3/23/2015 | 227,500.00 |
| Direct Payment - Wells Fargo | 3/23/2015 | 2,228,686.20 |
| Direct Payment - Wells Fargo | 3/27/2015 | 9,986,454.99 |
| Direct Payment - Wells Fargo | 3/31/2015 | 307,500.00 |
| Direct Payment - Wells Fargo | 4/1/2015 | 769,177.50 |
| Direct Payment - Wells Fargo | 4/2/2015 | 12,001,563.00 |
| Direct Payment - Wells Fargo | 4/6/2015 | 7,000,000.00 |
| Direct Payment - Wells Fargo | 4/7/2015 | 3,744,919.18 |
| Direct Payment - Wells Fargo | 4/8/2015 | 2,210,000.00 |
| Direct Payment - Wells Fargo | 4/14/2015 | 227,500.00 |
| Direct Payment - Wells Fargo | 4/14/2015 | 1,005,646.11 |
| Direct Payment - Wells Fargo | 4/23/2015 | 227,500.00 |
| Direct Payment - Wells Fargo | 4/23/2015 | 1,623,296.38 |
| Direct Payment - Wells Fargo | 5/1/2015 | 3,062,500.00 |
| Direct Payment - Wells Fargo | 5/12/2015 | 227,500.00 |
| Direct Payment - Wells Fargo | 5/27/2015 | 1,950,975.00 |
| Direct Payment - Wells Fargo | 6/2/2015 | 6,503,250.00 |
| Direct Payment - Wells Fargo | 7/17/2015 | 6,000,000.00 |
| Direct Payment - Wells Fargo | 7/22/2015 | 5,000,000.00 |

**Exhibit B-5**

**Essar Projects Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---:|
| Direct Payment - Wells Fargo | 7/22/2015 | 1,000,000.00 |
| Direct Payment - Wells Fargo | 8/4/2015 | 8,554,703.75 |
| Direct Payment - Wells Fargo | 8/5/2015 | 3,087,500.00 |
| Direct Payment - Wells Fargo | 8/10/2015 | 2,227,500.00 |
| Direct Payment - Wells Fargo | 8/11/2015 | 1,000,000.00 |
| Direct Payment - Wells Fargo | 8/18/2015 | 669,771.20 |
| Direct Payment - Wells Fargo | 8/18/2015 | 800,000.00 |
| Direct Payment - Wells Fargo | 8/18/2015 | 1,453,174.34 |
| Direct Payment - Wells Fargo | 8/21/2015 | 2,000,000.00 |
| Direct Payment - Wells Fargo | 8/26/2015 | 4,000,000.00 |
| Direct Payment - Wells Fargo | 9/1/2015 | 10,000,000.00 |
| Direct Payment - Wells Fargo | 9/15/2015 | 1,200,000.00 |
| Direct Payment - Wells Fargo | 9/15/2015 | 3,800,000.00 |
| Direct Payment - Wells Fargo | 12/8/2015 | 1,500,000.00 |

**TOTAL**     **475,782,754.67**

**Exhibit B-6**

**Essar Steel Algoma Inc.**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Wire - ICICI Bank of New York | 8/28/2014 | 233,461.51 |
| Wire - Wells Fargo | 10/15/2014 | 375,000.00 |
| Wire - Wells Fargo | 10/8/2014 | 617,597.04 |
| Wire - Wells Fargo | 6/1/2015 | 754,326.62 |

|  | **TOTAL** | **1,980,385.17** |