# **EXHIBIT C**

**Exhibit C-1**

**Essar Construction Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Direct Payment - Wells Fargo | 10/02/15 | 2,000,000.00 |
| Direct Payment - Wells Fargo | 10/06/15 | 3,000,000.00 |
| Direct Payment - Wells Fargo | 10/21/15 | 8,000,000.00 |
| Direct Payment - Wells Fargo | 11/05/15 | 6,750,000.00 |
| Direct Payment - Wells Fargo | 11/10/15 | 250,000.00 |
| Direct Payment - Wells Fargo | 11/24/15 | 250,000.00 |
| Direct Payment - Wells Fargo | 12/01/15 | 6,000,000.00 |
| Direct Payment - Wells Fargo | 12/11/15 | 300,000.00 |
| Direct Payment - Wells Fargo | 12/18/15 | 250,000.00 |
| Direct Payment - Wells Fargo | 01/05/16 | 250,000.00 |
| Direct Payment - Wells Fargo | 02/16/16 | 11,273.67 |

**TOTAL** **27,061,273.67**

**Exhibit C-2**

**Essar Projects (India) Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---:|
| Direct Payment - Wells Fargo | 8/3/2015 | 455,100.00 |
| Direct Payment - Wells Fargo | 8/3/2015 | 1,713,406.03 |
| Direct Payment - Wells Fargo | 9/1/2015 | 436,645.00 |
| Direct Payment - Wells Fargo | 10/13/2015 | 428,721.74 |
| Direct Payment - Wells Fargo | 12/3/2015 | 60,010.00 |

**TOTAL** **3,093,882.77**

**Exhibit C-3**

**Essar Projects (USA) LLC**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Direct Payment - Wells Fargo | 7/10/2015 | 5,000,000.00 |
| Direct Payment - Wells Fargo | 9/23/2015 | 1,000,000.00 |
| Direct Payment - Wells Fargo | 1/8/2016 | 1,000,000.00 |
| Direct Payment - Wells Fargo | 1/19/2016 | 350,000.00 |
| Direct Payment - Wells Fargo | 2/2/2016 | 700,000.00 |
| Direct Payment - Wells Fargo | 2/4/2016 | 400,000.00 |
| Direct Payment - Wells Fargo | 2/8/2016 | 33,133.08 |
| Direct Payment - Wells Fargo | 2/16/2016 | 168,464.30 |
| Direct Payment - Wells Fargo | 2/26/2016 | 200,000.00 |
| Direct Payment - Wells Fargo | 3/15/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 3/29/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 4/12/2016 | 162,000.00 |
| Direct Payment - Wells Fargo | 4/27/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 5/10/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 5/24/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 6/7/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 6/22/2016 | 134,000.00 |
| Direct Payment - Wells Fargo | 7/6/2016 | 85,000.00 |

**TOTAL** **10,036,597.38**

**Exhibit C-4**

**Essar Projects Limited**

| Transaction Type | Transaction Date | Amount |
|---|---|---|
| Direct Payment - Wells Fargo | 7/17/2015 | 6,000,000.00 |
| Direct Payment - Wells Fargo | 7/22/2015 | 5,000,000.00 |
| Direct Payment - Wells Fargo | 7/22/2015 | 1,000,000.00 |
| Direct Payment - Wells Fargo | 8/4/2015 | 8,554,703.75 |
| Direct Payment - Wells Fargo | 8/5/2015 | 3,087,500.00 |
| Direct Payment - Wells Fargo | 8/10/2015 | 2,227,500.00 |
| Direct Payment - Wells Fargo | 8/11/2015 | 1,000,000.00 |
| Direct Payment - Wells Fargo | 8/18/2015 | 669,771.20 |
| Direct Payment - Wells Fargo | 8/18/2015 | 800,000.00 |
| Direct Payment - Wells Fargo | 8/18/2015 | 1,453,174.34 |
| Direct Payment - Wells Fargo | 8/21/2015 | 2,000,000.00 |
| Direct Payment - Wells Fargo | 8/26/2015 | 4,000,000.00 |
| Direct Payment - Wells Fargo | 9/1/2015 | 10,000,000.00 |
| Direct Payment - Wells Fargo | 9/15/2015 | 1,200,000.00 |
| Direct Payment - Wells Fargo | 9/15/2015 | 3,800,000.00 |
| Direct Payment - Wells Fargo | 12/8/2015 | 1,500,000.00 |

|  | **TOTAL** | **52,292,649.29** |