# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>(Jointly Administered) |
| BRADLEY E. SCHER, solely in his capacity as Litigation Trustee for SC Mesabi Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>ESSAR GLOBAL FUND LIMITED; ESSAR PROJECTS LIMITED;<br>ESSAR PROJECTS USA, LLC;<br>ESSAR PROJECTS (INDIA) LIMITED;<br>ESSAR PROJECT MANAGEMENT COMPANY LIMITED; ESSAR CONSTRUCTIONS LIMITED;<br>ESSAR PROJECTS MIDDLE EAST FZE;<br>ESSAR ENGINEERING SERVICES LIMITED; GLOBAL SUPPLIES FZE;<br>ESSAR LOGISTICS LIMITED; DOES 1-500<br><br>Defendants. | Adv. Proc. No. 17-50001 (BLS)<br><br>**Re: Adv. Docket No. 114** |

## CERTIFICATION OF COUNSEL REGARDING THIRD AMENDED COMPLAINT

The undersigned counsel hereby certifies the following:

1.       On June 5, 2019, the Court entered an order, granting in part and denying in part, the partial motion to dismiss filed by Essar Global Fund Limited, Essar Project Management

---

[1] Essar Steel Minnesota LLC is doing business as Mesabi Metallics Company LLC. The last four digits of its federal taxpayer identification number are 8770. The last four digits of ESML Holdings Inc.'s federal taxpayer identification number are 8071.

Company Limited, and Essar Constructions Limited [Adv. Docket No. 114] in the above-captioned adversary proceeding.

2. On July 3, 2019, plaintiff Bradley E. Scher, the SC Mesabi Litigation Trustee, filed the *Third Amended Complaint and Substantive and Non-Substantive Objections to Claim Nos. 179-186* (the "Third Amended Complaint") with the Court.

3. Attached hereto as **Exhibit 1**, is a blackline comparison of the Third Amended Complaint against the *Second Amended Complaint and Substantive and Non-Substantive Objections to Claim Nos. 179-186* filed on August 13, 2018 [Adv. Docket No. 60].

Dated: July 3, 2019

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (No. 2436)
Timothy P. Cairns (No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:  ljones@pszjlaw.com
             tcairns@pszjlaw.com

-and-

**WHITE & CASE LLP**
Thomas E Lauria (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352
Telephone:  (305) 371-2700
Facsimile:  (305) 385-5744
Email:  tlauria@whitecase.com

AMERICAS 99994278

DOCS_DE:224435.1 56774/001

Case 17-50001-BLS    Doc 119    Filed 07/03/19    Page 3 of 3

        Craig H. Averch (admitted *pro hac vice*)
        Ronald K. Gorsich (admitted *pro hac vice*)
        555 South Flower Street, Suite 2700
        Los Angeles, California 90071-2433
        Telephone:  (213) 620-7700
        Facsimile:     (213) 452-2329
        Email:  caverch@whitecase.com
              rgorsich@whitecase.com

*Counsel to Bradley E. Scher, SC Mesabi Litigation Trustee*

3

AMERICAS 99994278

DOCS_DE:224435.1 56774/001

Craig H. Averch (admitted *pro hac vice*)
Ronald K. Gorsich (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071-2433
Telephone:  (213) 620-7700
Facsimile:     (213) 452-2329
Email:  caverch@whitecase.com
       rgorsich@whitecase.com

*Counsel to Bradley E. Scher, SC Mesabi Litigation Trustee*

3

AMERICAS 99994278

DOCS_DE:224435.1 56774/001