# CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 3rd day of July, 2019, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

*CERTIFICATION OF COUNSEL REGARDING THIRD AMENDED COMPLAINT*

/s/ Timothy P. Cairns
Timothy P. Cairns (DE Bar No. 4228)

Mesabi SC Litigation Trust vs Essar Adversary Proceeding Service List
Case No.  17-50001 (BLS)
Document No. 220338 v2
07—First Class Mail
12—Email

**tlauria@whitecase.com**
(Counsel to Brad Scher, Mesabi SC Litigation Trustee)
White & Case LLP
Thomas E Lauria
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352

**gkurtz@whitecase.com**
(Counsel to Brad Scher, Mesabi SC Litigation Trustee)
White & Case LLP
Glenn M. Kurtz
1155 Avenue of the Americas
New York, New York 10036-2787

**caverch@whitecase.com**
**rgorsich@whitecase.com**
**doah.kim@whitecase.com**
(Counsel to Brad Scher, Mesabi SC Litigation Trustee)
White & Case LLP
Craig H. Averch
Ronald K. Gorsich
Doah Kim
555 South Flower Street, Suite 2700
Los Angeles, California 90071-2433

**gfmcdaniel@dkhogan.com**
**dkhogan@dkhogan.com**
(Counsel to Kevin Nystrom, UC Litigation Trustee)
Hogan McDaniel
Garvan F. McDaniel
Daniel K. Hogan
1311 Delaware Avenue
Wilmington, Delaware 19806

**aglenn@kasowitz.com**
**stountas@kasowitz.com**
**rnovick@kasowitz.com**
(Counsel to Kevin Nystrom, UC Litigation Trustee)
Kasowitz Benson Torres LLP
Andrew K. Glenn
Stephen W. Tountas
Robert M. Novick
1633 Broadway
New York, New York 10019

**mmervis@proskauer.com**
(Counsel to Essar Affiliates)
Michael T. Mervis
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

**khill@svglaw.com**
(Local Counsel to Essar Affiliates)
R. Karl Hill
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
P O Box 68
Wilmington DE 19899