**WHITE & CASE**

June 10, 2020

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

VIA ECF AND EMAIL

Honorable Brendan L. Shannon
U.S. Bankruptcy Court of the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

**Re:** *Scher v. Essar Global Fund Limited, et al.*; Adv. Proc. No. 17-50001-BLS

Dear Judge Shannon:

As noticed on May 29, 2020 [Adv. D.I. 161], the *SC Mesabi Litigation Trust's Motion for Entry of an Order Approving (I) the Settlement Between the SC Mesabi Litigation Trust and the Settling Essar Parties and (II) the Settlement Between the SC Mesabi Litigation Trust and the UC Litigation Trust* [Adv. No. 148] (the "**Motion**") is fully briefed.

In response to the Litigation Trustee's Request for Oral Argument [Adv. D.I. 159], however, the SC Lenders filed a response [Adv. D.I. 162] that reiterates arguments made in their objection to the Motion and includes a discovery and briefing schedule that is designed to delay the Court's adjudication of the Motion. It is clear that oral argument is not only appropriate, but would allow the parties to clarify any legal, factual, or procedural points in the Motion and the responsive pleadings thereto. However, if the Court is inclined, the Litigation Trustee would be open to a status conference including counsel for the Litigation Trustee, the SC Lenders and the parties to the settlement agreement subject to the Motion.

Respectfully submitted,

*/s/ Ron Gorsich*

**Ron Gorsich**

**T** +213.620.7769
**E** rgorsich@whitecase.com

cc:   Counsel of record