IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC., <br><br> Debtors. | Chapter 11 <br><br> Case No. 16-11626 (CTG) <br><br> (Jointly Administered) |

### ORDER SETTING STATUS CONFERENCE

THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM. BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM. ALL PARTICIPANTS MUST REGISTER PRIOR TO THE HEARING AT THE PROVIDED LINK. ALL PARTICIPANTS MUST REGISTER USING THEIR FULL NAMES NO LATER THAN **JUNE 8, 2021 AT 12:00 P.M. ET**.

REGISTRATION LINK:

https://debuscourts.zoomgov.com/meeting/register/vJItce-uqDopGxX-GrIjOXMvv9kDwHrw4SM

The Court will hold a status conference in In re Essar Steel Minnesota LLC and ESML Holdings Inc., on **June 9, 2021, beginning at 1:00 p.m. ET**. All parties are directed to use the Zoom link above to attend the status conference electronically. If the case involves adversary proceedings, the Debtors shall promptly send a copy of this Order to counsel for all parties thereto.

SO ORDERED.

Dated: May 6, 2021

_____
CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE