| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Sean | Hennessy | Madhu Vuppuluri | Arnold & Porter |
| Scott | Schreiber | Sanjay Bhartia | Clark Hill PLC |
| Giel | Stein | Sanjay Bhartia | Clark Hill PLC |
| Garvan | McDaniel | Kevin Nystrom | Hogan McDaniel |
| Judge | Goldblatt | Court | |
| Elliott | Wolf | KEVIN NYSTROM, solely in his capacity as Litigation Trustee for the UC Litigation Trust | Kasowitz Benson Torres LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Michael | Croghan | Sanjay Bhartia | Clark Hill PLC |
| Destiney | Thompson | Court | |
| L. Katherine | Good | Prashant Ruia | Potter Anderson & Corroon LLP |
| Michael | Petrino | Prashant Ruia | Stein Mitchell Beato & Missner LLP |
| Melissa | Barahona | Plaintiff Kevin Nystrom, as trustee for the UC Litigation Trust | Kasowitz Benson Torres LLP |
| Stephen | Tountas | Plaintiff Kevin Nystrom, as trustee for the UC Litigation Trust | Kasowitz Benson Torres LLP |
| Jasen | Fears | Plaintiff | |