# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC *and* ESML HOLDINGS INC.,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| KEVIN NYSTROM, solely in his capacity as Litigation Trustee for the UC LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MADHU VUPPULURI; SANJAY BHARTIA; PRASHANT RUIA; ANSHUMAN RUIA, and DOES 1-500,<br><br>Defendants. | Adv. Proc. No. 17-50001 (CTG)<br><br>**Related Docket No. 185** |

## ORDER DENYING MOTION TO DISMISS
## THE THIRD AMENDED COMPLAINT

This matter, having come before the Court on Prashant Ruia's Motion to Dismiss the Third Amended Complaint (the "Motion"), and

Upon consideration of the parties' submissions, the arguments of counsel and the evidence presented and proffered, and for the reasons set forth in the Court's Memorandum Opinion (D.I. 234) and for good cause shown,

IT IS HEREBY ORDERED that the Motion is DENIED.

Dated: September 28, 2021

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE