## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ESSAR STEEL MINNESOTA LLC and<br>ESML HOLDINGS INC.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 16-11626 (CTG)<br><br>(Jointly Administered) |
| KEVIN NYSTROM, solely in his capacity as Litigation Trustee for the UC LITIGATION TRUST,<br><br>                Plaintiff,<br>      v.<br><br>MADHU VUPPULURI; SANJAY BHARTIA; PRASHANT RUIA; ANSHUMAN RUIA; and DOES 1-500<br><br>                Defendants. | Adv. Proc. No. 17-50001 (CTG) |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation (Dkt. No. 246), dated October 15, 2021, the undersigned mediator reports that the mediation was completed on March 14, 2022 and resolved in the following manner:

(a) The following individuals were present:

    (1)    <u>Parties (name and capacity)</u>:

- Kevin Nystrom, solely in his capacity as Litigation Trustee for the UC Litigation Trust, plaintiff

- Madhu Vuppuluri, defendant

- Sanjay Bhartia, defendant

    (2)    <u>Counsel (name and party representing)</u>:

- Kasowitz Benson Torres LLP, counsel to plaintiff Kevin Nystrom, solely in his capacity as Litigation Trustee for the UC Litigation Trust

- Arnold & Porter Kaye Scholer LLP, counsel to defendant Madhu Vuppuluri

- Clark Hill PLC, counsel to defendant Sanjay Bhartia

- Stein Mitchell Beato & Missner LLP, counsel to defendant Prashant Ruia

(3)    Representatives for each of the insurance carriers (and their counsel) of the insurance policies which may provide coverage for the claims asserted against Defendants Madhu Vuppuluri and Sanjay Bhartia also attended the mediation.

(b) The following parties failed to appear and/or participate as ordered:


(c) The outcome of the mediation conference was:

The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

The following issues remain for this court to resolve:

X    The matter has not been resolved and should proceed to trial.

OTHER:


Dated: March 18, 2022

/s/ David Murphy

Signature of Mediator


David Murphy

*Name of Mediator*

2101 East Coast HWY, STE 250

*Mailing Address*

Corona del Mar, CA  92625

*City, State, Zip Code*

(949) 760-5289

*Phone No.*

cc: Counsel of Record

(9-24-04)